# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEPHEN J. BYERS,**
Appellant,

v.

**ANTIQUERS AERODROME, INC.,**
Appellee.

No. 4D20-1198

[April 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Janis Brustares Keyser, Judge; L.T. Case No. 50-2015-CA-000108-XXXX-MB.

Robert L. Shearin of the Law Offices of Robert L. Shearin, Boca Raton, for appellant.

Kenneth E. Zeilberger of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***